IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVES NADIE, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| GREENWOOD GAMING AND | : | |
| ENTERTAINMENT, INC. d/b/a | : | |
| PARX CASINO SHIPPENSBURG, | : | |
| *Defendants*. | : | NO. 25-cv-1184 |

# ORDER

AND NOW, this **17th day** of **April 2025**, upon consideration of Defendant Parx Casino's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 8), Plaintiff's Brief in Opposition (ECF No. 12), and for the reasons provided in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. Count II of the Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as to Defendant Parx Casino. Defendant shall file an Answer to the remainder of Plaintiff's Complaint **on or before May 1, 2025.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**